UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-22875-CIV-COOKE/BANDSTRA

| | |
|---|---|
| **MICCOSUKEE TRIBE OF INDIANS OF FLORIDA**, a federally-recognized Indian Tribe, | ) ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) |
| **UNITED STATES OF AMERICA; U.S. ARMY CORPS OF ENGINEERS**, *et al.*, | ) ) ) |
| **Defendants.** | ) ) / |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Miccosukee Tribe of Indians of Florida ("Tribe"), appeals to the United States Court of Appeals for the Eleventh Circuit from the district court's Order Granting Motion to Dismiss, entered in this action on September 28, 2009 [DE 41].

        LEHTINEN RIEDI BROOKS MONCARZ, P. A.
        Dexter Lehtinen, Fla. Bar No. 265551
        Kelly Brooks Smith, Fla. Bar No. 493341
        Felippe Moncarz, Fla. Bar No. 182109
        Attorneys for Miccosukee Tribe
        7700 North Kendall Drive, Suite #303
        Miami, Florida 33156
        Tel. (305) 279-1166 Fax (305) 279-1365
        fmoncarz@lehtinenlaw.com

By:  /s/ Dexter Lehtinen
     DEXTER LEHTINEN, Fla. Bar No. 265551

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of September 2009, a true and correct copy of the foregoing Notice of Appeal was filed electronically with the Clerk of the Court using CM/ECF. Copies of the foregoing document will be served upon Defendants' counsel forthwith upon appearance of such counsel, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                    By:  /s/  Felippe Moncarz  
                                                        FELIPPE MONCARZ, Fla. Bar No. 182109

Norman L. Rave, Jr.  
United States Department of Justice  
P.O. Box 23986  
Washington, D.C.  20026-3986  
Tel: (202) 616-7568  
Fax: (202) 514-8865  
Attorney for Defendants