UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Miccosukee Tribe of Indians     CASE NO. 08-22875-CIV-Cooke

Plaintiff/Petitioner,           USCA NO. _____

V.

US of America U.S Army

Defendant/Respondent,

FILED by __ D.C.
SEP 30 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. - MIAMI

_____/

## CLERK'S NOTICE OF RECEIPT OF APPEAL FILING FEE

The Clerk notifies the Court that on 09/30/09 the filing fee of $ 455.00 was received, receipt number 1009161.

DONE at the Federal Courthouse Square, Miami, Florida, this 30th day of September, 2009.

**STEVEN M. LARIMORE**
Court Administrator•Clerk of Court

By: _____
Deputy Clerk

c: US Court of Appeals 11th Circuit
   Appellant